[No. 8203–9–II. Division Two. January 6, 1987.]

F. DOUGLAS IKEGAMI, ET AL, *Respondents*, v. JAMES
P. HAJEK, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 83–2–00500–2, Robert H. Peterson, J., entered
October 10, 1984. *Affirmed in part* and *reversed in part* by
unpublished opinion per Pearson, J. Pro Tem., concurred in
by Day and Wieland, JJ. Pro Tem.

[Nos. 8102–4–II; 8442–2–II. Division Two. January 7, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
JUNIOR BARELA, *Appellant*.

Appeals from judgments of the Superior Court for Clark
County, No. 84–1–00266–2, James D. Ladley, J., entered
September 12 and December 28, 1984. *Affirmed* by unpub-
lished opinion per Petrich, J., concurred in by Reed, C.J.,
and Alexander, J.

[No. 8476–7–II. Division Two. January 8, 1987.]

*In the Matter of the Marriage of* LARRY SIMS
DUNLAP, *Appellant, and* LOUISE DUNLAP,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 293130, William L. Brown, Jr., J., entered
January 2, 1985. *Affirmed* by unpublished opinion per Wie-
land, J. Pro Tem., concurred in by Day and Pearson, JJ.
Pro Tem.